cc order, docket, remand letter to Superior Court, Riverside County, Moreno Valley, No. MVC 10002790

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL     JS-6

| | | | |
|---|---|---|---|
| Case No. | ED CV 10-1053 CAS (DBTx) | Date | August 17, 2010 |
| Title | U.S. NATIONAL BANK ASSOCIATION v. JULIAN DE LA O | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| V.R. Vallery | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

N/A                                  N/A

**Proceedings:**   (In Chambers): **ORDER REMANDING ACTION TO RIVERSIDE COUNTY SUPERIOR COURT**

On July 30, 2010, this Court ordered defendants to show cause why this case should not be remanded back to state court on or before August 16, 2010. Defendants failed to timely respond.

The Court finds that the complaint fails to allege a federal claim, as it only alleges a single claim for unlawful detainer pursuant to Cal. Code of Civ. P. § 1161. Compl. ¶ 5; see 28 U.S.C. § 1331. Furthermore, diversity jurisdiction is not sufficiently alleged, because the complaint explicitly states that the demand is under $10,000, and neither the complaint nor the notice of removal allege facts showing that there exists diversity of citizenship between the parties. Compl. at 1. Removal founded on diversity jurisdiction requires that parties be in complete diversity and that the amount in controversy exceed $75,000. Matheson v. Progressive Speciality Ins. Co., 319 F.3d 1089, 1090 (9th Cir. 2003); see 28 U.S.C. § 1332(a)(1). Accordingly, the Court DISCHARGES its January 14, 2010 order to show cause, and REMANDS the instant action to the Riverside County Superior Court (MVC 10002790.)

IT IS SO ORDERED.

|  | : | n/a |
|---|---|---|
| | Initials of Preparer | VRV |